IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02680-MSK-CBS

JOELLE RIDDLE;
CAROL BLATNICK;
WAYNE BUCK; and
MANDY MIKULENCAK,

       Plaintiffs,

v.

LINDA DALEY, in her official capacity as La Plata County Clerk and Recorder; and
BERNIE BUESCHER, in his official capacity as Secretary of State of the State of Colorado,

       Defendants.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

_____

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60

days beyond the later of the time to appeal or conclusion of any appellate proceedings. The

Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 27th day of November, 2009.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge